UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
Tang Capital Partners, LP,                :
       Plaintiff,                           :   INDEX No.:
    vs.                                       :   **RULE 7.1 DISCLOSURE STATEMENT**
Cell Therapeutics, Inc.,                  :
       Defendant.
------------------------------------- X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff Tang Capital Partners, LP ("Tang Capital") states that Tang Capital has no parent corporation, and that no publicly held corporation owns ten percent or more of its stock.

Dated: January 2, 2008

Respectfully submitted,
COOLEY GODWARD KRONISH LLP

By: _____
Shannon McKinnon

Celia Goldwag Barentholtz (CB 9136)
Shannon McKinnon (SM 9377)
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6000

Philip C. Tencer (Cal. State Bar # 173818)
Ryan E. Blair (Cal. State Bar # 246724)
4401 Eastgate Mall
San Diego, CA 92101
(858) 550-6000

*Attorneys for Plaintiff*
*Tang Capital Partners, LP*

- 1 -