UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

TANG CAPITAL PARTNERS, LP,

    Plaintiff(s),

vs.

CELL THERAPEUTICS, INC.,

    Defendant(s),

No. 08CV0017

DECLARATION OF SERVICE

ss.

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on the 2nd day of **January, 2008** @ **10:35 AM**, at the address of **501 ELLIOTT AVE W SUITE 4100**, Seattle, within **KING** County, **WA**, the undersigned duly served the following document(s): **SUMMONS IN A CIVIL ACTION; RULE 7.1 DISCLOSURE STATEMENT; CIVIL COVER SHEET; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN; INDIVIDUAL PRACTICES OF JUDGE MCMAHON; COMPLAINT** in the above entitled action upon **CELL THERAPEUTICS, INC.**, by then and there personally delivering ONE true and correct copy(ies) of the above documents into the hands of and leaving same with **TIFFANY LEACH, SR. ADMINISTRATIVE ASSISTANT**.

    **I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:**

X _James Pitman_ (signature)

Date: 01/04/2008

Service Fee: $ _____
Return Fee: $ _____
Mileage Fee: $ _____
Misc. Fee: $ _____
Total Fee: $ _____

**JAMES PITMAN**
Registered Process Server
License #: **0411169**
NW Legal Support, Inc.
200 West Thomas Street, Suite 140
Seattle, WA 98119
206.223.9426

464307

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Tang Capital Partners, LP

**SUMMONS IN A CIVIL ACTION**

V.

Cell Therapeutics, Inc.

CASE NUMBER:

**08 CV 0017**

**JUDGE McMAHON**

TO: (Name and address of Defendant)

Cell Therapeutics, Inc.
501 Elliott Avenue West, Suite 400
Seattle, WA 98119

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip Tencer
Cooley Godward Kronish LLP
4401 Eastgate Mall
San Diego, CA 92121
Phone: (858) 550-6000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          JAN 0 2 2007

CLERK _____[signature] Marcos Quintero_____ DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.