UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANG CAPITAL PARTNERS, LP,<br><br>           Plaintiff,<br><br>           v.<br><br>CELL THERAPEUTICS, INC.,<br><br>           Defendant. | Index No. 08 Civ. 17 (CM)(DCF)<br><br>**DEFENDANT'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Cell Therapeutics, Inc., by and through its attorneys, states that it has no parent corporation and there is no publicly-held corporation that holds 10% or more of its stock.

Dated: January 22, 2008
       New York, New York

HELLER EHRMAN LLP

By: /s/ Kevin A. Burke

    Kevin A. Burke (KB-0580)

Times Square Tower
7 Times Square
New York, New York 10036
(212) 832-8300

    Daniel J. Dunne (WSBA No. 16999)*
    Joshua B. Selig (JS-1271)

701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 447-0900

Attorneys for Cell Therapeutic, Inc.

* *Pro hac vice* admission application forthcoming.