```
USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
Tang Capital Partners, LP,                :

        Plaintiff,                                  :   CASE No. 08-cv-0017 (CM) (DCF)

vs.                                                      :   **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Cell Therapeutics, Inc.,                    :

        Defendant.                               
------------------------------------- X

Upon the motion of Shannon S. McKinnon, attorney for Plaintiff Tang Capital Partners, LP ("Plaintiff") and said sponsor attorney's affidavit in support thereof;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Ryan E. Blair
    Firm Name:    Cooley Godward Kronish LLP
    Address:    4401 Eastgate Mall
    City/State/Zip:    San Diego, CA 92121
    Phone:    (858) 550-6000
    Fax:    (858) 550-6420
    E-mail Address:    rblair@cooley.com

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECP password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: January 24, 2008
City, State: New York, New York

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE