UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
Tang Capital Partners, LP,                :

        Plaintiff,                :

vs.                                       :

Cell Therapeutics, Inc.,                  :

        Defendant.
------------------------------------- X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

CASE No. 08-cv-0017 (CM) (DCF)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Shannon S. McKinnon, attorney for Plaintiff Tang Capital Partners, LP ("Plaintiff") and said sponsor attorney's affidavit in support thereof;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Philip C. Tencer |
| Firm Name: | Cooley Godward Kronish LLP |
| Address: | 4401 Eastgate Mall |
| City/State/Zip: | San Diego, CA 92121 |
| Phone: | (858) 550-6000 |
| Fax: | (858) 550-6420 |
| E-mail Address: | ptencer@cooley.com |

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECP password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: January 24, 2008
City, State: New York, New York

_____
UNITED STATES DISTRICT JUDGE