UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
Tang Capital Partners, LP,                  :

        Plaintiff,                          :           CASE No. 08-cv-0017 (CM) (DCF)

vs.                                                         :           **MOTION TO ADMIT COUNSEL**
                                                                                                      **PRO HAC VICE**

Cell Therapeutics, Inc.,                       :

        Defendant.
------------------------------------ X

PURSUANT TO Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Shannon S. McKinnon, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

        Applicant's Name:    Ryan E. Blair
        Firm Name:               Cooley Godward Kronish LLP
        Address:                    4401 Eastgate Mall
        City/State/Zip:           San Diego, CA 92121
        Phone:                      (858) 550-6000
        Fax:                          (858) 550-6420
        E-mail Address:          rblair@cooley.com

Ryan E. Blair is a member in good standing of the State Bar of California. There are no pending disciplinary proceedings against Ryan E. Blair in any State or Federal court.

Dated: January 16, 2008
     New York, New York

Respectfully submitted,
COOLEY GODWARD KRONISH LLP

By: _____
     Shannon S. McKinnon

Celia Goldwag Barentholtz (CB 9136)
Shannon S. McKinnon (SM 9337)
1114 Avenue of the Americas
New York, NY 10036
Phone: (212) 479-6000

*Attorneys for Plaintiff*
*Tang Capital Partners, LP*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
Tang Capital Partners, LP,                :
       Plaintiff,                        :
vs.                                       :
Cell Therapeutics, Inc.,                  :
       Defendant.                        :
------------------------------------ X

CASE No. 08-cv-0017 (CM) (DCF)

**AFFIDAVIT OF SHANNON S. MCKINNON IN SUPPORT OF MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u>**

I, Shannon S. McKinnon, hereby make the following affidavit in support of the concurrently filed Motion to Admit Counsel *Pro Hac Vice*:

1. I am an associate at Cooley Godward Kronish LLP, counsel of record for Plaintiff Tang Capital Partners, LP ("Plaintiff") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Ryan E. Blair as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May, 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Ryan E. Blair is a colleague and fellow associate at Cooley Godward Kronish LLP.

4. I believe that Mr. Blair is a skilled attorney, a person of integrity, experienced in Federal practice, and familiar with the Federal Rules of Procedure.

5. As shown by the Certificate of Good Standing attached hereto as Exhibit A, Mr. Blair is a member in good standing of the State Bar of California and the United States District Court for the Southern District of California.

6. Accordingly, I am pleased to move the admission of Ryan E. Blair, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Ryan E. Blair, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Ryan E. Blair, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: January 16, 2008
City, State: New York, New York
Notarized: January 17, 2008

*[signature]*

NORA MURAD
Notary Public, State of New York
No. 31-4696456
Qualified in New York County
Commission Expires July 31, 20 09

Respectfully submitted,
COOLEY GODWARD KRONISH LLP

By: *[signature]*
Shannon S. McKinnon

Celia Goldwag Barentholtz (CB 9136)
Shannon S. McKinnon (SM 9337)
1114 Avenue of the Americas
New York, NY 10036
Phone: (212) 479-6000

*Attorneys for Plaintiff*
*Tang Capital Partners, LP*

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA } ss.

    I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California,

    DO HEREBY CERTIFY That Ryan E. Blair was duly admitted to practice in said Court on 1/30/07, and is in good standing as a member of the bar of said Court

Dated at San Diego, CA                 W. SAMUEL HAMRICK, JR.
                                                       Clerk

on January 15, 2008                 By _____,
                                                              Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
Tang Capital Partners, LP,                  :
       Plaintiff,                              :    CASE No. 08-cv-0017 (CM) (DCF)
vs.                                         :    **ORDER FOR ADMISSION <u>PRO HAC VICE</u> ON WRITTEN MOTION**
Cell Therapeutics, Inc.,                    :
       Defendant.
------------------------------------- X

Upon the motion of Shannon S. McKinnon, attorney for Plaintiff Tang Capital Partners, LP ("Plaintiff") and said sponsor attorney's affidavit in support thereof;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Ryan E. Blair
    Firm Name:    Cooley Godward Kronish LLP
    Address:    4401 Eastgate Mall
    City/State/Zip:    San Diego, CA 92121
    Phone:    (858) 550-6000
    Fax:    (858) 550-6420
    E-mail Address:    rblair@cooley.com

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECP password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:
City, State:                                            _____
                                                        UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I, Shannon McKinnon, hereby certify that I caused a true and correct copy of the foregoing Motion to Admit Ryan E. Blair *Pro Hac Vice,* the Affidavit of Shannon McKinnon In Support of Motion to Admit Counsel *Pro Hac Vice*, and the proposed Order for Admission to Practice *Pro Hac Vice* to be served by regular mail this 17th day of January, 2008 upon:

Cell Therapeutics, Inc.
Attn: James A. Bianco, M.D.
President and Chief Executive Officer
501 Elliot Avenue West, Suite 400
Seattle, Washington 98119

 

_____
Shannon McKinnon (SM 9377)