UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                     )

TANG CAPITAL PARTNERS, LP,              )

                              Plaintiff,    )      ELECTRONICALLY FILED

      -against-                  )      Case No. 08-CV-0017 (CM) (DCF)

CELL THERAPEUTICS, INC.,             )      **NOTICE OF APPEARANCE**

                              Defendant.  )
-------------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action as counsel for defendant Cell Therapeutics, Inc., and demands that copies of all notices, papers and filings be served at the following address:

    Patryk J. Chudy, Esq.
    Heller Ehrman LLP
    7 Times Square
    New York, New York  10036
    Phone: (212) 832-8300
    Fax: (212) 763-7600
    E-mail:      patryk.chudy@hellerehrman.com

Dated: New York, New York
       February 13, 2008

                                   HELLER EHRMAN LLP

                              By:    /s/ Patryk J. Chudy_____
                                    Patryk J. Chudy (PC 8815)
                                    Times Square Tower
                                    7 Times Square
                                    New York, New York 10036
                                    Phone: (212) 832-8300
                                    Fax: (212) 763-7600
                                    patryk.chudy@hellerehrman.com

                                    *Attorneys for Defendant*
                                    *Cell Therapeutics, Inc.*


TO:    Celia Goldwag Barenholtz
        Cooley Godward Kronish LLP
        1114 Avenue of the Americas
        New York, New York, 10036
        Phone: (212) 479-6330
        Fax: (212) 202-4711
        cbarenholtz@cooley.com

        Shannon Suzanne McKinnon
        Cooley Godward Kronish LLP
        1114 Avenue of the Americas
        New York, New York, 10036
        Phone: (212) 479-6492
        Fax: (212) 479-6275
        smckinnon@cooley.com

Philip C. Tencer
Cooley Godward Kronish LLP
4401 Eastgate Mall
San Diego, CA 92121
Phone: (858) 550-6068
Fax: (858) 550-6420
ptencer@cooley.com

Ryan E. Blair
Cooley Godward Kronish LLP
4401 Eastgate Mall
San Diego, CA 92121
Phone: (858) 550-6000
Fax: (858) 550-6420
rblair@cooley.com