SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tang Capital Partners, LP          Plaintiff,

8   cv   0017   (CM)

- against -

Cell Therapeutics, Inc.            Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Patryk J. Chudy     attorney for Cell Therapeutics, Inc.,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Daniel J. Dunne |
| Firm Name: | Heller Ehrman LLP |
| Address: | 701 Fifth Avenue, Suite 6100 |
| City/State/Zip: | Seattle, WA 98104 |
| Telephone/Fax: | (206) 447-0900 |
| Email Address: | daniel.dunne@hellerehrman.com |

is admitted to practice pro hac vice as counsel for Cell Therapeutics, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: February 19, 2008
City, State: New York, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $_____   SDNY RECEIPT#
SDNY Form Web 10/2006