SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tang Capital Partners, LP, Plaintiff,

- against -

Cell Therapeutics, Inc.   Defendant.

__8__ cv __0017__ (CM)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Patryk J. Chudy  a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  Daniel J. Dunne
Firm Name:         Heller Ehrman LLP
Address:           701 Fifth Avenue, Suite 6100
City/State/Zip:    Seattle, WA  98104
Phone Number:      (206) 447-0900
Fax Number:        (206) 447-0849

Daniel J. Dunne  is a member in good standing of the Bar of the States of Washington

There are no pending disciplinary proceeding against  Daniel J. Dunne  in any State or Federal court.

Dated:       2/14/2008
City, State: New York, New York

Respectfully submitted,

Sponsor's        Patryk J. Chudy
SDNY Bar         PC 8815
Firm Name:       Heller Ehrman LLP
Address:         7 Times Square, Times Square Tower
City/State/Zip:  New York, New York 10036
Phone Number:    (212) 847-8659
Fax Number:      (212) 763-7600

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

Tang Capital Partners, LP,

             Plaintiff,

vs.

Cell Therapeutics, Inc.,

             Defendant.

----------------------------------------X

08 CV 0017 (CM)

AFFIDAVIT OF
PATRYK J. CHUDY
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
*PRO HAC VICE*

State of New York )
                   ) ss:
County of New York)

     Patryk J. Chudy, being duly sworn, hereby deposes and says:

1. I am an attorney with the law firm of Heller Ehrman LLP, counsel for Defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Daniel J. Dunne as counsel *pro hac vice* to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 17, 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Daniel J. Dunne since 2006.

4. Mr. Dunne is an attorney with the law firm of Heller Ehrman LLP, Seattle, Washington. Mr. Dunne is admitted to the bar of the state of Washington. A certificate of Mr. Dunne's good standing, issued within the last 30 days, is attached hereto as Exhibit A.

5. Mr. Dunne is a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Daniel J. Dunne, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Daniel J. Dunne, *pro hac vice*, which is attached hereto as Exhibit B.

     WHEREFORE it is respectfully requested that the motion to admit Daniel J. Dunne, *pro hac vice*, to represent Defendant in the above captioned matter, be granted.

Dated: February 13, 2008

City, State: New York, New York

Notarized:

[signature]

NOTARY PUBLIC, State of New York
No. 02TA5184903
Qualified in Kings County
Commission Expires October 30, 2010

Respectfully submitted,

[signature]

Patryk J. Chudy
Heller Ehrman LLP

SDNY Bar Code: PC8815

2

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) ) ) | BAR NO. 16999 |
| OF | ) ) | **CERTIFICATE OF GOOD** |
| DANIEL J. DUNNE JR. | ) ) | **STANDING** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) ) | |

I, Susan L. Carlson, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

DANIEL J. DUNNE JR

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 10, 1987, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 24th day of January, 2008.

Susan L. Carlson
Supreme Court Deputy Clerk
Washington State Supreme Court

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Tang Capital Partners, LP      Plaintiff,

8    cv  0017     ( CM )

- against -

Cell Therapeutics, Inc.      Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Patryk J. Chudy      attorney for  Cell Therapeutics, Inc.,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:    Daniel J. Dunne

Firm Name:    Heller Ehrman LLP

Address:    701 Fifth Avenue, Suite 6100

City/State/Zip:    Seattle, WA  98104

Telephone/Fax:    (206) 447-0900

Email Address:    daniel.dunne@hellerehrman.com

is admitted to practice pro hac vice as counsel for  Cell Therapeutics, Inc.,    in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I, Patryk J. Chudy, hereby certify that on this 14th day of February, 2008, I caused to be served a true and correct copy of the attached Motion To Admit Counsel Pro Hac Vice, along with supporting papers, upon the following counsel of record via first class U.S. mail:

Celia Goldwag Barenholtz
Shannon Suzanne McKinnon
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York, 10036
Phone: (212) 479-6330
Fax: (212) 202-4711
cbarenholtz@cooley.com
smckinnon@cooley.com

Philip C. Tencer
Ryan E. Blair
Cooley Godward Kronish LLP
4401 Eastgate Mall
San Diego, CA 92121
Phone: (858) 550-6068
Fax: (858) 550-6420
ptencer@cooley.com
rblair@cooley.com

Patryk J. Chudy