UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               )
TANG CAPITAL PARTNERS, LP,                                     )
                                                               )   ELECTRONICALLY FILED
                                                               )
                                    Plaintiff,                 )
                                                               )   Case No. 08-CV-0017 (CM) (DCF)
                                                               )
        -against-                                              )
                                                               )   NOTICE OF APPEARANCE
                                                               )   AND SUBSTITUTION OF
CELL THERAPEUTICS, INC.,                                       )   ATTORNEY
                                                               )
                                    Defendant.                 )
                                                               )
                                                               )
---------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

      PLEASE TAKE NOTICE that Eric M. Creizman, a member of good standing in this Court, hereby appears on behalf of Defendant Cell Therapeutics, Inc. in the above-captioned proceeding, and demands that all pleadings, notices, orders, correspondence, and other papers in connection with this proceeding be served upon him at the address stated below.

      PLEASE TAKE FURTHER NOTICE that Eric M. Creizman is hereby substituted for Patryk J. Chudy.  Mr. Chudy is no longer affiliated with Heller Ehrman LLP and withdraws as attorney for Cell Therapeutics, Inc.  Heller Ehrman LLP remains as counsel for Cell Therapeutics, Inc.

Dated: June 2, 2008
New York, New York

                HELLER EHRMAN LLP


                By:     ___/s/ Eric M. Creizman_____
                      Eric M. Creizman (EC-7684)
Times Square Tower
7 Times Square
New York, New York 10036
Phone: (212) 832-8300
Fax: (212) 763-7600
Eric.Creizman@HellerEhrman.com

                    Daniel J. Dunne (admitted *pro hac vice*)
                    Joshua B. Selig  (JS-1271)
701 Fifth Avenue, Suite 6100
Seattle, Washington  98104
Phone: (206) 447-0900
Fax: (206) 447-0849
Daniel.Dunne@HellerEhrman.com
Joshua.Selig@HellerEhrman.com

*Attorneys for Defendant*
*Cell Therapeutics, Inc.*

2