UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Tang Capital Partners, LP,

                            Plaintiff(s),

    -against-
Cell Therapeutics, Inc.,

                            Defendant(s).
----------------------------------------X

08 Civ. 17 (CM)(DCF)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

The above entitled action is referred to the Honorable Debra C. Freeman, United States Magistrate Judge for the following purpose(s):

✓   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Specific Non-Dispositive Motion/Dispute:*
_____
_____

___   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___   Settlement*

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___   Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

      Purpose: _____

___   Habeas Corpus

___   Social Security

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation

      Particular Motion: _____
      _____

      All such motions: _____

* Do not check if already assigned for general pretrial.

Dated: 8/14/08
New York, New York

SO ORDERED: *[signature]*

Hon. Colleen McMahon
United States District Judge